PAUL J. PAWLACZYK et al., Appellants, v ALLISON W. JONES et al., Respondents. (Appeal No. 2.) [807 NYS2d 916]—Appeal from an order of the Supreme Court, Genesee County (Kevin M. Dillon, J.), entered February 25, 2005. The order denied plaintiffs' motion seeking, inter alia, to set aside a jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also*

CPLR 5501 [a] [1], [2]). Present—Scudder, J.P., Kehoe, Martoche, Smith and Pine, JJ.